RONALD HOLMES, Appellant, v NEW YORK CITY HOUSING AUTHORITY et al., Respondents.

Submitted July 12, 2004; decided September 7, 2004

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).